IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 08-CR-534 |
| | : | |
| JOHN DOUGLAS PARKER | : | |
| USMS # 62974-066 | : | |

## ORDER

**AND NOW**, this 6th day of April, 2021, upon consideration of Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the government's response thereto and Defendant's reply, it is hereby **ORDERED** as follows:

1. Defendant's Motion is **GRANTED;**

2. Defendant's term of imprisonment is hereby reduced to the time he has already served;

3. Defendant shall be released from the custody of the Bureau of Prisons (FCI Hazelton) as soon as possible;

4. Upon release from custody, Defendant shall serve the supervised release term imposed by the Court and shall contact the U.S. Probation Office within 24 hours of his release and follow its instructions.

**BY THE COURT:**


*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.